# United States Court of Appeals for the Federal Circuit

---

**AMERICAN AXLE & MANUFACTURING, INC.,**
*Plaintiff-Appellant*

**v.**

**NEAPCO HOLDINGS LLC, NEAPCO DRIVELINES LLC,**
*Defendants-Appellees*

---

2018-1763

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-01168-LPS, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

July 31, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court